ALICE APPELBAUM and ABRAHAM MERFISH, Respondents, v. CARLTON LAND SALES CO., INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID A. BROWN, Appellant, v. WALTER E. BEDELL and Others, Defendants, Impleaded with NORMAN K. WINSTON, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH HUNT, an Infant, by JOHN F. HUNT, His Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Dowling, P. J., and Martin, J., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALOYSIUS CINELLI, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.; Dowling, P. J., and Sherman, J., dissent.

HENRIETTA GOLDSTEIN, Respondent, v. RACHAEL GOLDSTEIN and Others, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,184.32; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of HOWARD FUNDING CO., INC., Appellant, v. WILLIAM E. WALSH and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE CITY OF NEW YORK, Respondent, v. GLOBE INDEMNITY COMPANY and THE FRONT DRIVE MOTOR COMPANY, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOSEPH FRANKENBERGER, Respondent, v. ALEXANDER SCHNELLER and BETTY STENGER SCHNELLER, Executor and Executrix, Respectively, etc., of BERNHARD SCHNELLER, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.; Martin and Sherman, JJ., dissent.

JOSEPH OSCAR SIVIN and Others, Respondents, v. JOHN GASTON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

JOSEPH J. SCHICKLER, Respondent, v. PENROD COMPANY, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.